UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHRISTOPHER M. JENSEN,**            CASE NO: 4:15-CV-146-RH-CAS

   Plaintiff,

v.

**LEON COUNTY, FLORIDA, a political subdivision of the State of Florida, SENTINEL OFFENDER SERVICES, LLC, a California limited liability company, WANDA HUNTER-DONALDSON, EDUARD RODRIGUEZ, individually and as employees of LEON COUNTY, FLORIDA,**

   Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Joshua D. Zelman of Zelman Law, pursuant to Local Rule 11.1(F), submits this Motion to Withdraw as counsel of record for Plaintiff, CHRISTOPHER M. JENSEN, and in support thereof, states as follows:

1. Joshua D. Zelman with Zelman Law was retained by the Plaintiff to represent him in this matter on April 3, 2014.

2. Florida Rule of Professional Conduct 4-1.16(b)(2), provides that a lawyer may withdraw from representing a client if: "the client insists upon taking action that the lawyer considers . . . imprudent, or with which the lawyer has a fundamental disagreement."

3. Unfortunately, professional considerations require termination of the representation of the Plaintiff at this time.

4. Additionally, pursuant to Florida Rules of Professional Conduct 4-1.16(b)(1), withdrawal can be accomplished without material adverse effect on the interests of the client.

5. On September 22, 2015, the undersigned met with the Plaintiff addressing the issues involved with the case. On September 24, 2015, the undersigned spoke again with Plaintiff concerning the issues involved in the case and Plaintiff would not authorize the undersigned to take action necessary to resolve the dispute between the undersigned and Plaintiff.

6. Pursuant to Local Rule 11.1(F)(1), on September 25, 2015, the undersigned provided written notice to all counsel of record and to Plaintiff of the filing of this motion.

7. Plaintiff has had no contact with the undersigned since the undersigned mailed and emailed Plaintiff the September 25, 2015 correspondence.

8. The Plaintiff's current address is 79 Catawba Trail, Crawfordville, Florida 32327. The Plaintiff's last known telephone number is (850) 545-9760 and his last known email address is Cjensen0228@yahoo.com.

9. Pursuant to the terms of the Agreement for Representation, counsel was to be paid a percentage of any recovery or the attorneys' fees awarded by the Court, whichever was greater. In addition to fees, all costs advanced by Counsel were to be reimbursed from the client's portion of any amount recovered.

10. The undersigned also places all interested parties on notice that the undersigned has a lien for all work performed and costs incurred in representing the Plaintiff.

WHEREFORE, the undersigned respectfully requests that this Honorable Court enter an order granting this motion to withdraw as counsel for Plaintiff, and for such other and further relief as the Courts deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2015, the foregoing was served by E-Service to Joseph R. Flood, Jr., Esq., and Jessica C. Conner, Dean, Ringers, Morgan & Lawton, P.A., Orlando, Florida 32802-2928; JFlood@DRML-Law.com; jessica.conner@DRML-Law.com; judy@drml-law.com; Thomas J. Guilday, Esq. and Carrie Roane, Esq., Guilday Law, 1983 Centre Pointe Blvd., Suite 200, Tallahassee, Florida 32308-7823; Tom@guildaylaw.com; carrie@guildaylaw.com; cindy@guildaylaw.com, and Christopher Jensen, Plaintiff, 79 Catawba Trail, Crawfordville, Florida 32327, Cjensen0228@yahoo.com.

Respectfully submitted,

ZELMAN LAW

By: **/s/ Joshua D. Zelman**
JOSHUA D. ZELMAN
Florida Bar No. 0662291
414 North Meridian Street
Tallahassee, Florida 32301
Tel: (850) 254-0375
Fax: (850) 254-0376
Josh@Zelmanpa.com
Eservice@Zelmanpa.com